EDWARD H. TITUS, Respondent, *v.* LOU C. WALLICK, Appellant.

(Submitted May 9, 1932; decided May 13, 1932.)

*Thomas I. Sheridan* for motion.

*James F. Donnelly* opposed.

Motion denied, with ten dollars costs.